IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Vanguard International Equity Index Funds, et al.<br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>Petroleo Brasileiro S.A.-Petrobras, et al.<br>　　　　Defendants. | :<br>:<br>:<br>:  CIVIL ACTION NO. 15-cv-6283 (PBT)<br>:<br>:<br>:<br>:<br>:<br>: |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and a confidential Settlement Agreement and Mutual Release entered into as of June 19, 2017, all parties who have appeared stipulate to the dismissal with prejudice of all claims asserted in this case against all defendants and jointly request that the Court enter an order closing this matter. Each party shall bear its own costs and fees.

　　　　　　　　　　　　　　　　/s/ Paul G. Nofer
　　　　　　　　　　　　　　　　Paul G. Nofer (Pa. I.D. #52241)
　　　　　　　　　　　　　　　　Michael K. Coran (Pa. I.D. #55876)
　　　　　　　　　　　　　　　　KLEHR HARRISON HARVEY
　　　　　　　　　　　　　　　　BRANZBURG LLP
　　　　　　　　　　　　　　　　1835 Market Street, Suite 1400
　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　215.569.3287 (Telephone)
　　　　　　　　　　　　　　　　pnofer@klehr.com
　　　　　　　　　　　　　　　　mcoran@klehr.com

PHIL1 6318364v.4

Jonathan Sherman
BOIES SCHILLER FLEXNER LLP
5301 Wisconsin Avenue, N.W.
Washington, DC 20015
202.237.2727 (Telephone)
jsherman@bsfllp.com

Beko Reblitz-Richardson
BOIES SCHILLER FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
510.874.1000 (Telephone)
brichardson@bsfllp.com

Joseph F. Kroetsch
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
914.749.8200 (Telephone)
jkroetsch@bsfllp.com

*Attorneys for Plaintiffs*

/s/ James Christian Clark
James Christian Clark
FOX ROTHSCHILD LLP
2700 Kelly Rd., Suite 300
Warrington, PA 18976
(215) 345-7500

Lewis J. Liman
Jared Gerber
Roger A. Cooper
CLEARY GOTTLIEB STEEN &
 HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000

*Attorneys for Defendants*

Dated: July 11, 2017

**SO ORDERED:**

_____
**Hon. Petrese B. Tucker, C.J.**

## CERTIFICATE OF SERVICE

I certify that, on July 11, 2017, I electronically filed the foregoing document, which was made available for viewing and downloading via the ECF system.

/s/ Paul G. Nofer
Paul G. Nofer

PHIL1 6318364v.4